# Order

Michigan Supreme Court
Lansing, Michigan

May 30, 2007

Clifford W. Taylor,
Chief Justice

133315

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GWENDOLIN MILLER,
           Plaintiff-Appellee,

v

SC: 133315
COA: 273042
WCAC: 04-000336

GRAND HAVEN STAMPED PRODUCTS
COMPANY/NATIONAL UNION FIRE
INSURANCE COMPANY,
           Defendants-Appellants,
and

GRAND HAVEN STAMPED PRODUCTS
COMPANY/FIDELITY & GUARANTY
INSURANCE COMPANY,
           Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the January 19, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of whether the plaintiff is disabled, and if so, whether she is entitled to an award of differential weekly wage loss benefits. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

Clerk

t0523